# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CHANSE CEASAR | CIVIL ACTION NO. 17-00476 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MILDRED METHVIN, ET AL. | MAG. JUDGE PATRICK J. HANNA |

# J U D G M E N T

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 11], adopted by the Court after consideration of the entire record, including Plaintiff's objections [Doc. No. 12], and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff Chanse Ceasar's motion for the recusal of Magistrate Judge Patrick J. Hanna, asserted in his objections [Doc. No. 12] is **DENIED.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint and claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, to the extent Plaintiff sought to assert state law claims, the Court declines to exercise supplemental jurisdiction over these claims, and they are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 8th day of June, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE